THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEREZ AUGHTRY, Appellant. [869 NYS2d 846]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.